IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:16-CR-160-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH W. HORNER, JR.,<br>    Defendant. | ORDER |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 26 and its accompanying Exhibits in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED. This **30** day of November 2016.

JAMES C. DEVER III
Chief United States District Judge